ACUSADO Y APELANTE.—Arecibo.  Acometimiento y agresión grave.  Marzo 15, 1920.  *Confirmada.*

No. 22.  RODRÍGUEZ, PROMOVENTE, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO.—San Juan, Sección Segunda.  Auto inhibitorio.  Marzo 15, 1920.  *Sin lugar.*

No. 2160.  CARDOSA ET AL., DEMANDANTES Y APELADOS, *v.* RAMÍREZ, DEMANDADO Y APELANTE.—Rescisión de contrato de arrendamiento.  Mayagüez.  Marzo 25, 1920.  *Desistida.*

No. 2208.  SOLÁ, DEMANDANTE Y APELADA, *v.* SOLÁ, DEMANDADA Y APELANTE. — Alimentos provisionales.  Humacao.  Marzo 25, 1920.  *Desistida.*

No. 2137.  RODRÍGUEZ, DEMANDANTE Y APELADO, *v.* CASTRO, DEMANDADO Y APELANTE.—Daños y perjuicios.  (Nuevo Juicio.)  Mayagüez.  Marzo 25, 1920.  *Desistida.*

No. 281.  RIVERA, PETICIONARIO, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO, DEMANDADO.—San Juan, Sección Primera.  *Certiorari.*  Marzo 26, 1920.  *Sin lugar.*

No. 283.  DÍAZ, PETICIONARIO, *v.* HON. LUIS CAMPILLO, JUEZ DE DISTRITO, DEMANDADO. — *Certiorari.*  San Juan, Sección Primera.  Marzo 29, 1920.  *Sin lugar.*

No. 282.  BOERMAN, *nee* MARÍA L. FORDHAM, PETICIONARIA, *v.* HON. D. SEPÚLVEDA, JUEZ DE DISTRITO.—Ponce.  *Certiorari.*  Marzo 30, 1920.  *Sin lugar.*

No. 284.  RODRÍGUEZ, PETICIONARIO, *v.* HON. E. LLOREDA, JUEZ DE DISTRITO, DEMANDADO.—Arecibo.  *Certiorari.*  Marzo 30, 1920.  *Sin lugar.*

No. 2205.  SUCESIÓN PARRA, PROMOVENTE, *v.* MARTÍNEZ, APELADO.—San Juan, Sección Primera.  Dominio.  Marzo 30, 1920.  *Desestimada.*

No. 1481.  EL PUEBLO, APELADO, *v.* TORRUELLA, APELANTE — Infracción de la Ley de Arbitrios.  Marzo 30, 1920.  *Confirmada.*

No. 1500.  EL PUEBLO, APELADO, *v.* ORTIZ, APELANTE.—Acometimiento y agresión con agravantes.  San Juan, Sección Segunda.  Abril 6, 1920.  *Desistida.*

No. 286.  RODRÍGUEZ, PETICIONARIO, *v.* LLOREDA, JUEZ DE

Distrito, Demandado.—Arecibo. *Certiorari.* Abril 8, 1920. *Sin lugar.*

No. 287. Cabassa et al., Peticionario, *v.* Sepúlveda, Juez de Distrito, Demandado.—Ponce. *Certiorari.* Abril 12, 1920. *Sin lugar.*

No. 1495. El Pueblo, Apelado, *v.* Menéndez, Apelante.— Alterar la paz. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 1507. El Pueblo, Apelado, *v.* Bou, Apelante.—Acometimiento y agresión grave. Ponce. Abril 16, 1920. *Confirmada.*

No. 1496. El Pueblo, Apelado, *v.* Cuevas, Apelante.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 16, 1920. *Confirmada.*

No. 288. Díaz, Peticionario, *v.* Foote, Juez de Distrito.— Mayagüez. *Certiorari.* Abril 16, 1920. *Denegado.*

No. 1433. El Pueblo, Apelado, *v.* Guillermo, Apelante.— Abandono de menores. Arecibo. Abril 20, 1920. *Revocada y absuelto el acusado.*

No. 2109. Estebanía Carlo, Apelada, *v.* Ferrer, Apelante. —Nuevo juicio en pleito de filiación. Mayagüez. Abril 20, 1920. *Confirmada.*

No. 1498. El Pueblo, Apelado, *v.* Hernández, Apelante.— Acometimiento y agresión grave. Abril 29, 1920. *Confirmada.*

No. 289. López, Peticionario, *v.* Rossy, Juez de Distrito, Demandado.—*Certiorari.* San Juan, Sección Segunda. Abril 29. 1920. *Denegado.*

No. 1499. El Pueblo, Apelado, *v.* Flores, Apelante.— Acometimiento y agresión grave. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 1501. El Pueblo, Apelado, *v.* Santos, Apelante.— Alterar la paz. San Juan, Sección Segunda. Abril 30, 1920. *Confirmada.*

No. 291. Cividanes, Peticionario, *v.* López Acosta, Juez